IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| ADi MOTORSPORTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:06CV00038 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| TIMOTHY L. HUBMAN, ET. AL., | ) | By: Jackson L. Kiser |
| | ) | Senior United States District Judge |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiffs' Motion to Show Cause is **DENIED**. Defendant's Motion for Sanctions is also **DENIED**.

The Clerk is directed to send a certified copy of this Order to all counsel of record.

Entered this 20th day of October, 2006.

s/Jackson L. Kiser
Senior United States District Judge
