IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

|  |  |  |
|---|---|---|
| ADi MOTORSPORTS, INC., f/k/a AMERICAN DETAIL, INC., d/b/a ADi MOTORSPORTS | ) ) ) ) ) | Case No. 4:06CV00038 |
| Plaintiff, | ) ) |  |
| v. | ) ) | **ORDER** |
| TIMOTHY L. HUBMAN, THE HUBMAN FOUNDATION, AND MARIA LANKINA, | ) ) ) ) ) ) ) ) | By: Jackson L. Kiser Senior United States District Judge) |
| Defendants. | ) |  |

For the reasons stated in the accompanying Memorandum Opinion, Defendant Maria Lankina's Motion to Dismiss is **GRANTED**. Plaintiff's Motion to Compel is **DENIED**. This case is **DISMISSED FROM THE DOCKET OF THIS COURT, WITH LEAVE FOR THE PLAINTIFF TO REINSTATE THE CASE IN ORDER TO ENFORCE THE INJUNCTION.**

The Clerk is directed to strike this case from the active docket of this Court and send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

Entered this 27th day of November, 2006.

s/Jackson L. Kiser
Senior United States District Judge